FILED
U.S. DISTRICT COURT
DISTRICT OF KANSAS

2010 SEP 21  PM 2: 13

TIMOTHY M. O'BRIEN
CLERK

_____ DEPUTY

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

PATRICIA ANN CARUTHERS )
_____ )
_____ )
_____ )
_____ )
(Enter above the full name of Plaintiff(s)) )
 )
vs. )
 )
DAIMLER CHRYSLER CORP )   Case Number: 10-2511-WEB-KG
Name )   (To be assigned by Clerk)
 )
10300 BOBBY CREK RD Suite 110 )
Street and number )
 )
ORLANDO, Florida 32824 )
City       State       Zip Code )

(Enter above the full name and address of
Defendant in this action - list the name and address
of any additional Defendants on the back side of
this sheet.)

### EMPLOYMENT DISCRIMINATION COMPLAINT

1.   This employment discrimination lawsuit is based on (check only those that apply):

    **X**   Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. §§ 2000e, *et seq.*, for employment discrimination on the basis of race, color, religion, gender, or national origin.
    **NOTE:** *In order to bring suit in federal district court under Title VII, you must first obtain a right-to-sue letter from the Equal Employment Opportunity Commission.*

    **X**   Age Discrimination in Employment Act of 1967, as amended, 29 U.S.C. §§ 621, *et seq.*, for employment discrimination on the basis of age (age 40 or older).
    **NOTE:** *In order to bring suit in federal district court under the Age Discrimination in Employment Act, you must first file charges with the Equal Employment Opportunity Commission.*

    **X**   American with Disabilities Act of 1990, as amended, 42 U.S.C. §§ 12101, *et seq.*,

1

for employment discrimination on the basis of disability.
**NOTE**: *In order to bring suit in federal district court under the American with Disabilities Act, you must first obtain a right-to-sue letter from the Equal Employment Opportunity Commission.*

__X__ Other (Describe)
Retalliation - I was terminated while on medical leave - I was terminated because I filed Workers Compensation suit.

2. If you are claiming that the discriminatory conduct occurred at a different location than the address provided for Defendant, please provide the following information:

   _____
   (Street Address) (City/County) (State) (Zip Code)

3. When did the discrimination occur? Please give the date or time period:

   _____

## ADMINISTRATIVE PROCEDURES

4. Did you file a charge of discrimination against Defendant(s) with the Kansas State Division of Human Rights or the Kansas State Commission on Human Rights?
   __X__ Yes   Date filed: 9/21/2010
   _____ No

5. Did you file a charge of discrimination against Defendant(s) with the Equal Employment Opportunity Commission or other federal agency?
   __X__ Yes   Date filed: 06/21/2010
   _____ No

6. Have you received a Notice of Right-to-Sue Letter?
   __X__ Yes _____ No
   If yes, please attach a copy of the letter to this complaint.

7. If you are claiming *age discrimination*, check one of the following:
   _____ 60 days or more have passed since I filed my charge of age discrimination with the Equal Employment Opportunity Commission.
   __X__ fewer than 60 days have passed since I filed my charge of age discrimination with the Equal Employment Opportunity Commission.

## NATURE OF THE CASE

8. The conduct complained of in this lawsuit involves (check only those that apply):
   ___ failure to hire me
   _X_ termination of my employment
   ___ failure to promote me
   _X_ failure to accommodate my disability
   ___ terms and conditions of my employment differ from those of similar employees
   _X_ retaliation
   _X_ harassment
   ___ reduction in wages
   _X_ other conduct (specify): Stop wages while on medical leave
   sexual harassment     Wages terminated while ill
                         retaliation
                         Disability
                         Sex (female)

   Did you complain about this same conduct in your charge of discrimination?
   _X_ Yes   ___ No

9. I believe that I was discriminated against because of (check all that apply):
   _X_ my race or color, which is African American
   ___ my religion, which is ___
   ___ my national origin, which is ___
   _X_ my gender, which is ___ male; _X_ female
   _X_ my disability or perceived disability, which is Total Permanent Disability
   _56_ my age (my birth date is: 9/22/1953)
   _X_ other: did not receive same benefits of other individuals who were disabled and allowed to leave on Retirement disability
   Did you state the same reason(s) in your charge of discrimination?
   _X_ Yes   ___ No

10. State here, as briefly and clearly as possible, the essential facts of your claim. Describe specifically the conduct that you believe is discriminatory and describe how each defendant is involved in the conduct. Take time to organize your statement; you may use numbered paragraphs if you find it helpful. It is not necessary to make legal arguments, or to cite cases or statutes.
    (1) Filed grievance against Daimler Chrysler with Dept of Labor RE: 10 day lay-off for use of FMLA.
    (2) Filed sexual harassment claim against international Union Rep, and Office employee at work.
    (3) I worked in the State of Florida. I was still being paid while living in the state of Kansas (4) In or about Feb. 2005, returned to Eli to start work but I was never rehired.
    (5) Daimler Chrysler TERMINATED ME while I was under medical care of physical and psychologist.

3

(Attach additional sheets as necessary).

11. The acts set forth in paragraph 10 of this complaint:
    \_\_\_\_\_ are still being committed by Defendant.
    \_\_\_\_\_ are no longer being committed by Defendant.
    __X__ may still be being committed by Defendant.

12. Plaintiff:
    \_\_\_\_\_ still works for Defendant
    __X__ no longer works for Defendant or was not hired

13. If this is a *disability-related claim*, did Defendant deny a request for a reasonable accommodation?
    __X__ Yes  \_\_\_\_\_ No
    Explain: I did request additional time to have surgery. I did Relocate to Florida to try to be rehired after recovery

## REQUEST FOR RELIEF

As relief from the allegations of discrimination as stated above, Plaintiff prays that the court grant the following relief to Plaintiff: (check any and all that apply)
\_\_\_\_\_ Defendant be directed to employ Plaintiff
\_\_\_\_\_ Defendant be directed to re-employ Plaintiff
\_\_\_\_\_ Defendant be directed to promote Plaintiff
__X__ Defendant be directed to Compensate for loss
__X__ Injunctive relief (please explain): loss of lifestyle, loss of marriage, suffering
7.2 Million Monetary damages (please explain): loss of wages, benefits, college tuition/life
__X__ Costs and fees involved in litigating this case
__X__ As additional relief to make Plaintiff whole, Plaintiff seeks: Cost of loss of benefits for my self and children, cost of retirement disability 2002 - until
and such other relief as may be appropriate, including attorney's fees, if applicable.
Be Placed on retirement disability and receive all benefits that Are, accomodate Retirement, and attorney fees

Signed this _20_ day of _September_, 20_10_.

Signature of Plaintiff: Patricia Ann Caruthers
Name (Print or Type): PATRICIA ANN CARUTHERS
Address: 2406 Everett Ave.
City State Zip Code: KANSAS CITY, KANSAS 66102

4

Telephone Number 913-999-7657

## DESIGNATION OF PLACE OF TRIAL

Plaintiff designates ( Wichita, Kansas City or Topeka ), Kansas as the location for the trial in this matter. (circle one location)

_Patricia Gay Carruthers_
Signature of Plaintiff

## REQUEST FOR TRIAL BY JURY

Plaintiff requests trial by jury ( yes or no ).
(circle one)

_Patricia Gay Carruthers_
Signature of Plaintiff

Dated: 9/20/2010
(Rev. 8/07)