# UNITED STATES DISTRICT COURT

-------------DISTRICT OF KANSAS-----------

**JUDGMENT IN A CIVIL CASE**

PATRICIA ANN CARUTHERS,

       Plaintiff,

  v.                                   Case Number: 10-2511

DAIMLER CHRYSLER CORPORATION,

       Defendant.

    **X Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

    **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

IT IS ORDERED AND ADJUDGED

Pursuant to the Order filed on March 9, 2011, the pending case is dismissed.

IT IS SO ORDERED.

   3/9/2011

   3/9/2011

                                              TIMOTHY M. O'BRIEN,
                                              Clerk of Court

Date

                                              By:   s/M. Jacobs
                                                      Deputy Clerk